# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2018

## NO. 03-18-00242-CV

**Andrew Shadoian, Appellant**

**v.**

**Nicole Shook, Appellee**

### APPEAL FROM COUNTY COURT AT LAW OF BASTROP COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment signed by the trial court on March 31, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.